IN THE UNITED STATES DISTRICT COURT
Middle District of Alabama

RECEIVED
2007 AUG 24 A 11: 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Tobie Melissa Kirkland
**Petitioner**

vs

2:07CV 759- mht

Case No.: 2:03-CR-0264-MHT

**UNITED STATES OF AMERICA**
**Respondent**

*************************************************************************

## MOTION TO PROCEED IN FORMA PAUPERIS
## PRISONER CONSENT FORM AND FINANCIAL CERTIFICATION

I, Tobie Kirkland, Plaintiff/Petitioner in the above entitled action, understand that:

1. If I submit a petition for Writ of Habeas Corpus or other petition in this court, claiming In Forma Pauperis status, that I must present to this Honorable Court my current prison account balance and the balance of the past six months to this Honorable Court.

2. I must request that an authorized official at my present place of confinement complete the Financial Certificate below and attach a computer print-out reflecting all transactions in my prison account for the past six months preceding the filing of my complaint.

3. If my current account balance is more than $200.00, I will not qualify for In Forma Pauperis status with this Honorable Court and will be notified of denial status.

4. If I do not have more than $200.00 in my account (line #1 below) before this cause of action can proceed, I will submit, upon order of this Court, the initial partial filing fee, which shall be 20% of my average monthly balance (line #2 below) or the average monthly deposits to my account (line #3 below), whichever is the greater amount. My failure to submit the initial partial filing fee as ordered by the Court may result in the dismissal of this cause of action and in the relinquishment of any right to therefore proceed In Forma Pauperis in any future actions.

_Tobie M. Kirkland_
Petitioner

August 21, 2007
Date

## FINANCIAL CERTIFICATE

(To Be Completed By Authorized Penal Official)

COMPUTER PRINT-OUT(S) REFLECTING ALL TRANSACTIONS IN THE INMATE'S PRISON ACCOUNT(S) FOR THE PRECEDING SIX MONTHS MUST BE ATTACHED.

1. CURRENT ACCOUNT BALANCE                                           $ 0
2. AVERAGE MONTHLY BALANCE FOR PRECEDING SIX MONTHS   $
3. AVERAGE MONTHLY DEPOSITS FOR PRECEDING SIX MONTHS  $
4. INITIAL FILING FEE : 20% of the greater of of #2 or #3            $ 0

   (Subject to verification by the court.)

INMATE NAME _John Kirkland_      REGISTER NUMBER __11338-002__

* It is the inmate's responsibility to obtain the required print-out(s) from each institution at which he may have been confined during the preceding six months and to provide them to the official completing this form.

If print-outs or the above calculations do not represent the preceding six month period in its entirety, the official completing this form should explain here:

I hereby certify that, as of this date, the above information for the prison account of the inmate named herein is correct.

_____              __08/21/07__
Signature of Authorized Official              Date

# Inmate Statement

| | |  | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 11338002 | | **Current Institution:** | Tallahassee FCI |
| **Inmate Name:** | KIRKLAND, TOBIE | | **Housing Unit:** | TAL-D-N |
| **Report Date:** | 08/10/2007 | | **Living Quarters:** | D01-003L |
| **Report Time:** | 8:08:11 AM | | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| TAL | 8/9/2007 10:13:06 PM | 33322407 | | | Western Union | $20.00 | | $24.83 |
| TAL | 8/9/2007 4:47:48 PM | TFN0809 | | | Phone Withdrawal | ($2.00) | | $4.83 |
| TAL | 8/8/2007 10:23:40 PM | TFN0808 | | | Phone Withdrawal | ($3.00) | | $6.83 |
| TAL | 8/8/2007 4:33:51 PM | TFN0808 | | | Phone Withdrawal | ($3.00) | | $9.83 |
| TAL | 8/8/2007 9:56:39 AM | GIPP0707 | | | Payroll - IPP | $12.12 | | $12.83 |
| TAL | 8/1/2007 4:53:48 PM | TFN0801 | | | Phone Withdrawal | ($1.00) | | $0.71 |
| TAL | 7/31/2007 11:11:56 AM | 7 | | | Sales | ($1.25) | | $1.71 |
| TAL | 7/24/2007 10:51:42 AM | 2 | | | Sales | ($20.00) | | $2.96 |
| TAL | 7/21/2007 4:51:46 PM | TFN0721 | | | Phone Withdrawal | ($2.00) | | $22.96 |
| TAL | 7/17/2007 10:56:30 AM | 3 | | | Sales | ($58.35) | | $24.96 |
| TAL | 7/16/2007 10:06:01 PM | TFN0716 | | | Phone Withdrawal | ($2.00) | | $83.31 |
| TAL | 7/14/2007 3:23:44 PM | TFN0714 | | | Phone Withdrawal | ($3.00) | | $85.31 |
| TAL | 7/13/2007 7:17:59 PM | 33320507 | | | Western Union | $60.00 | | $88.31 |
| TAL | 7/10/2007 6:03:47 PM | 87 | | | Sales | ($0.15) | | $28.31 |
| TAL | 7/10/2007 11:08:33 AM | 2 | | | Sales | ($51.65) | | $28.46 |
| TAL | 7/9/2007 4:41:43 PM | TFN0709 | | | Phone Withdrawal | ($5.00) | | $80.11 |
| TAL | 7/7/2007 11:11:19 AM | 33320007 | | | Western Union | $25.00 | | $85.11 |
| TAL | 7/6/2007 10:29:12 PM | TFN0706 | | | Phone Withdrawal | ($4.00) | | $60.11 |
| TAL | 7/6/2007 1:12:17 PM | 33320007 | | | Western Union | $50.00 | | $64.11 |
| TAL | 7/5/2007 10:34:32 AM | TFN0705 | | | Phone Withdrawal | ($3.00) | | $14.11 |
| TAL | 7/4/2007 3:32:16 PM | TFN0704 | | | Phone Withdrawal | ($5.00) | | $17.11 |
| TAL | 7/2/2007 4:55:21 PM | TFN0702 | | | Phone Withdrawal | ($5.00) | | $22.11 |
| TAL | 7/2/2007 1:45:39 PM | 94 | | | Sales | ($4.45) | | $27.11 |
| TAL | 7/2/2007 1:43:21 PM | 93 | | | Sales | ($93.74) | | $31.56 |
| TAL | 7/1/2007 5:32:54 AM | 70186302 | | | Lockbox - CD | $50.30 | | $125.30 |
| TAL | 6/29/2007 3:43:45 PM | TFN0629 | | | Phone Withdrawal | ($5.00) | | $75.00 |
| TAL | 6/29/2007 1:13:21 PM | 33319507 | | | Western Union | $80.00 | | $80.00 |
| TAL | 6/27/2007 4:16:09 AM | TX062707 | | | Transfer - In from TRUFACS | $0.00 | | $0.00 |
| TAL | 6/26/2007 4:46:10 AM | TX062607 | | | Transfer - Out to TRUFACS | $0.00 | | $0.00 |

1

**Total Transactions: 29**

**Totals:** $24.83    $0.00

---

**Current Balances**

**Account**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Balance |
|---|---|---|---|---|---|---|---|---|
| TAL | $24.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24.83 |
| Totals: | $24.83 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24.83 |

Deposits = $297.42 Total