IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOBIE MELISSA KIRKLAND | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07-cv-759-MHT |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant | ) | |

CONFLICT DISCLOSURE STATEMENT

COMES NOW the United States, Defendant in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the June 12, 2007, Order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- ❑ This party is an individual, or
- ☒ This party is a governmental entity, or
- ❑ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported: None.

Dated this the 6th day of February, 2008.

           LEURA G. CANARY
           United States Attorney

      By: /s/Tommie Brown Hardwick
         TOMMIE BROWN HARDWICK
         Assistant United States Attorney
         Attorney for Defendant
         Post Office Box 197
         Montgomery, AL 36101-0197
         Telephone No.: (334) 223-7280
         Facsimile No.: (334) 223-7135
         E-mail: tommie.hardwick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United State Postal Service the document to the following non-CM/ECF participant: Tobie Melissa Kirkland, No. 11338-002, Tallahassee Federal Correctional Institution, 501 Capital Circle, NE, Tallahassee, Florida 32301.

           s/Tommie Brown Hardwick
           Assistant United States Attorney