**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **TOBIE MELISSA KIRKLAND,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:07cv759-MHT |
| **UNITED STATES OF AMERICA,** ) | (CR No.: 2:03-cr-264) |
| ) | |
| Respondent. ) | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW the United States of America, Respondent in the above-captioned case, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

☒  This party is a governmental entity, and

☒  There are no entities to be reported, or

☐  The following entities and their relationship to the party are hereby

   reported:  None.

Done this 11th day of February, 2008.

                                                    LEURA G. CANARY
                                                    UNITED STATES ATTORNEY

/s/ Sandra J. Stewart  
SANDRA J. STEWART  
Assistant United States Attorney  
131 Clayton Street  
Montgomery, AL 36101-0197  
(334) 551-1764  
(334) 223-7135

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOBIE MELISSA KIRKLAND, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:07cv759-MHT |
| UNITED STATES OF AMERICA, | ) | (CR No.: 2:03-cr-264) |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2008, I electronically filed the foregoing Conflict Disclosure Statement with the Clerk of the Court using the CM/ECF system and mailed, postage prepaid, a copy of this response to the *pro se* Defendant/Movant as follows:

Tobie Melissa Kirkland
Rg. # 11338-002
501 Capital Circle N.E.
Tallahassee, FL 32301

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Sandra J. Stewart
SANDRA J. STEWART
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36101-0197
(334) 551-1764
(334) 223-7135