United States District Court
Middle District of Alabama

07cv759

TOBIE MELISSA KIRKLAND

2008 MAR 28 A 9:41

V.

U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES

CASE NO. 2:03-cr-0264-MHT

### REQUEST FOR EXTENSION

Comes Now, Tobie Melissa Kirkland, pro se, hereby request that the honorable court grant a extension for response due to pending exhibits that have not been received from the Bureau of Prisons remedy process. The Bureau of Prisons BP11 that was due to be returned to me by March 15, 2008, has yet to be received by pro se, Kirkland. This exhibit is pertinent to my response to the honorable court and government.

Done this 21st Day of March, 2008.

Respectfully Submitted,

Tobie M. Kirkland
11338-002
501 Capital Circle N.E.
Tallahassee, Florida  32301

```
                    RECEIPT - ADMINISTRATIVE REMEDY



DATE: FEBRUARY 7, 2008



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : TOBIE MELISSA KIRKLAND, 11338-002
      TALLAHASSEE FCI    UNT: F UNIT    QTR: F04-040L



THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 470303-A1
DATE RECEIVED   : FEBRUARY 4, 2008
RESPONSE DUE    : MARCH 15, 2008
SUBJECT 1       : OTHER JAIL TIME CREDIT
SUBJECT 2       :
INCIDENT RPT NO:
```

## **CERTIFICATE OF SERVICE**

This is to certify that I have served a true and correct copy of the foregoing,

REQUEST FOR EXTENSION TO

RESPONSE TO 2255

upon the following addresses, by placing same in a sealed envelope, bearing sufficient postage for the delivery via United States Mail Service to:

UNITED STATES ATTORNEY
ATTENTION: Tommy Hardwick

Montgomery, Alabama  36104

THE CLERK OF COURT
UNITED STATES DISTRICT COURT
ONE CHURCH STREET
MONTGOMERY, ALABAMA  36104

and deposited in the postal box provided for inmates on the grounds of the Federal Correctional Institution Tallahassee, Florida 32301 on this 21st day of March, 2008

*Jolie M. Kirkland*

Litigation is deemed FILED at the time it was delivered to prison authorities.
See: Houston v. Lack, 487 US 266, 101 L Ed 2d 245, 108 S Ct 2379 (1988).

Federal Correctional Institution
Jorie Kirkland 11338-002
501 Capital Circle N.E.
Tallahassee, Fl. 32301

The Clerk of Court
United States District Court
One Church Street
Montgomery, Al. 36104