UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

Tobie Melissa Kirkland

Case No. 2:07 CV 759-MHT

v.

United States

### NOTICE OF DISPOSITION OF RESPONSE FROM MR. KEVIN BUTLER, ATTORNEY TO MOTION 2255

COMES NOW, Tobie Melissa Kirkland, pro se, humbly asking the court the disposition of the response from Mr. Kevin Butler, Attorney to the Honorable Court. The response was due to the Honorable court 20 days. To date, Tobie Melissa Kirkland, pro se, has not received a certified copy of the response ordered.

Done this 4th Day of April, 2008.

Respectfully Submitted,

*Tobie M. Kirkland*

Tobie Melissa Kirkland
11338-002
501 Capital Circle
Tallahassee, Florida 32301

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the by mailing to: Notice of Disposition of Response from Kevin Butler to Motion 2255.

Done this 3rd Day of April, 2008.

Clerk of Court
One Church St.
Monty Al. 36104

Respectfully Submitted,

Tobie M. Kirkland

Federal Correctional Institution
John Kirkland 11338-002
501 Capital Circle
Tallahassee, Fl. 32301



TALLAHASSEE FL 323
07 APR 2008 PM 2 L

Office of the Clerk
United States District Court
One Church Street
Montgomery, Al. 36104

36104+4018