IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| TOBIE MELISSA KIRKLAND, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v | ) | Civil Action No. 2:07cv759-MHT |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Upon consideration of the "Notice of Disposition of Response" filed by Petitioner on April 10, 2008 (Doc. No 14), and in the interest of judicial economy, the Clerk is DIRECTED to furnish a copy of attorney Kevin L. Butler's affidavit (Doc. No. 9) to Petitioner.

Done this 10th day of April, 2008.

                                         /s/Terry F. Moorer
                                       TERRY F. MOORER
                                       UNITED STATES MAGISTRATE JUDGE