UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF ALABAMA

Tobie Melissa Kirkland
Petitioner

Case Number: CR-0264-MHT
Civil Action Number: 2:07-CV-759 MHT

v.

United States

## RESPONSE TO ORDER ON MOTION FOR EXTENTION OF TIME ON A MOTION 2255

Upon consideration of the Motion for extention of time United States Magistrate Judge Terry F. Moorer request, petitioner, to show cause why her 28 § 2255 Motion should not be dismissed. It was not filed on time within the one year limitation period because of the following;

    From May 21, 2007 until June 2007, petitioner, Kirkland was in custody of U.S. Marshals in transit. Prior to said dates from April 18 2006 to May 21, 2007, Kirkland was in custody of the State of Alabama Department of Corrections. There was not sufficient information concerning the Federal law in ASP law library. Furthermore, Kirkland was not aware of computation data until arrival at F.C.I. Tallahassee, Florida, June 2007. Therefore, Kirkland bared the burden of antisipation in requesting that the courts have mercy on her behalf. Kirkland had no idea of the status of her sentence while in state custody. Resting solely on the performance of her attorney, Kirkland was under the impression that her federal sentence had been ran concurrent, per Mr. Kevin Butler.

    Therefore, Kirkland request that the courts grant her ample enough time to rebuttal the Government's Opposition to Motion to Correct Set Aside or Vacate Sentence.

## EQUITABLE TOLLING

The standard for equitable tolling is a high one: A petitioner must establish "extraordinary circumstances that are both beyond his control and unavoidable even with due diligence". U.S. vs Sandvik, 177 F3d 1271. See also Justice vs U.S. 6 F3d 1474, 1479, (11th Cir. 1993). (tolling when an "inequitable event that prevented plaintiff's timely action" has occured)

Rather, equitable tolling is "reserved for those are instances where due circumstances external to the party's own conduct it would be unconscionable to enforce the limit period... and gross injustice would result. "Harris vs Hutchinson, 209 F3d 330 (4th Cir. 2000). See also Davis vs Johnson, 158 F3d 811 Calderon vs U.S. District Court (Beeler) 128 F3d 1288 (9th Cir. 1997) (extraordinary circumstances beyond a prisoner's control make it impossible to file a petition on time.)

The judicial policy underlying this standard balances "Congress" desire to accelerate the federal habeas corpus process, Beeler vs U.S., 128 Fd at 1289. With realization that courts "must be cautious not to apply a statute of limitations too harshly" Fisher vs Johnson, 174 F3d 713 (5th Cir. 1999)

Dismissal of a first habeas corpus petition is particularly serious matter, for that dismissal denies the petitioner the protection of the Great Writ entirely, risking injury to an important interest in human liberty". Lonchar vs Thomas 517 U.S. 314, (1996) 1342Ed2d.440, 116 S.Ct. 1293

Equitable tolling does not lend itself to bright - line rules" (Fisher vs Johnsons, 174 F3d at 713 but there are various factors a court will examine in determing whether to equitably toll a statute of limitations.

First, the party seeking tolling must have exercise due diligence during the limitations period, and in particular in attempting to overcome the impediment of timely filing.

Second, a court will examine the degree to which, if any, representations, actions, or omissions by a third party (including courts, counsel, and presondents) caused or contributed to the delay. Vaverde vs Stinson, 224 F3d 129 (2nd Cir. 2000)

Third, a peitioner must allege specific particularized facts to establish legitimate basis for equitable tolling. Dennis vs Woodford, 65 F. Supp2d 1093 1097 (N.D. Cal 1999).

Fourth, and relatedly, a court will also examine the degree to which timely filing could have occurred in the face of the impediment.

Equitable tolling requires the peitioner to demonstrate a casual relationship between the extraordinary circumstances on which the claim of equitable tolling rests and the lateness of his filing., a demostration that cannot be made if petitioner acting with reasonable diligence, could have filed on time notwithstanding the extraordinary circumstances. Valverde, supra at 134. See also Felder vs Johnson, 204 F3d 168, 171-173 (5th Cir. 2000) (complete denial of access to AEDPA for a period greater than 12 months is rare and exceptional circumstance).

In this case at hand, Kirkland , was arrested on April 18, 2006, by Montgomery County Sheriff's Department for possession of a forged instrument and theft of property. Kirkland remained in custody at the Montgomery County Detention Center from April 18, 2006 until approximately June 2006. United States Marshal's picked Kirkland up on a writ and Kirkland was transferred to Autauga County Metro Jail - Federal Holding Facility. Kirkland was held in Autauga County Metro Jail until court appearance on July 26, 2006. On July 26, 2006, the Honorable Myron Thompson sentenced Kirkland to 24 months term of imprisonment with the Federal Bureau of Prisons. Kirkland plead originally plead not-guilty to the pending state charges

(3)

because Kirkland was in state custody but on 'writ' to Federal Marshals.  The court was aware of Kirkland's pending state charges. (see Sentencing Court transcript) (July 26, 2006).  Kirkland was then returned to the custody of the Montgomery County Detention Center.  Kirkland, while in custody of Montgomery County was transferred to Clay County Jail for housing due to 'overcrowding'.  While Kirkland was in custody at Clay County Jail, Kirkland was not able to have access to a legal library.  This holding facility was a privately owned detention center used to house inmates for Montgomery County and other surrounding areas.  On October 12, 2006, Kirkland was transferred back to Montgomery County Detention Center for court appearance.  Kirkland was sentenced to 5 years with the State of Alabama Department of Corrections to run concurrent with her federal sentence imposed. Kirkland was then transferred to Julia Tutwiler Prison for Women. (Exhibit A) On or about January 2007, Kirkland was transferred to J.B. Evans Correctional Center, due to overcrowding at Julia Tutwiler Prison. (Exhibit B)  J.B. Evans Correctional Center also did not have a legal library available to inmates. Kirkland remained in Newellton, LA at J.B. Evans Correctional Center until Kirkland was granted parole May, 2007.  Kirkland was then picked up by U.S. Marshal's and remained in 'transit' until Kirkland reached F.C.I. - Tallahassee, Florida, her designation.

   Kirkland was not in a stable detention and was transporting "in transit" until June, 2007. (Exhibit C)  On August 21, 2007, Kirkland filed a 28 USC § 2255 Petition.

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the ~~Honorable Judge Myron Thompson~~ by mailing to: Response to Kevin Butler Rebuttal to Motion 2255 Extension to Motion 2255

Office of the Clerk
United States District Court
One Church Street
Montgomery, Alabama 36104

13th day of April, 2008

Respectfully Submitted,

*Tobie M. Kirkland*
Tobie M. Kirkland

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the by mailing to:

Response to Kevin Butler
Rebuttal to Motion 2255
Extension to Motion

Done this 13th Day of April, 2008.

to:
Laura Canary
Asst. U.S. Attorney

Respectfully Submitted,

Tobie Kirkland
Tobie M. Kirkland

Jolie
Federal
501 Capital Circle
Tallahassee, Fl. 32301



APR 16 2008



Office of the Court Cle
U.S. District Court
One Church Street
P.O. Box 711
Montgomery, Al. 36101-0

```
CBR716-3                  ALABAMA DEPARTMENT OF CORRECTIONS
                          INMATE SUMMARY AS OF 12/29/2006
```

********************************************************************

```
AIS: 00248984     INMATE: KIRKLAND, TOBIE MELISSA           RACE: B  SEX: F

INST: 006 - TUTWILER PRISON                    DORM: 00  JAIL CR: 000Y 00M 00D

DOB: 08/31/1975  SSN: 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

ALIAS: HORTON, TRACY R                ALIAS: RUSH, TOBIE M
ALIAS: RUSH, TOBIE MELISSA            ALIAS: TOBIE, MELISSA

ADM DT: 08/28/2005 DEAD TIME: 00DY 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR    STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: QUR-3   CURRENT CUST DT: 10/30/2006   PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS II           CURRENT CLASS DATE:  10/12/2006
INMATE IS EARNING : EARNS 40 DAYS FOR EACH 30 SERVED

COUNTY       SENT DT   CASE NO   CRIME                       JL-CR     TERM
MONTGOMERY  08/28/06  N05000931 THEFT OF PROPERTY I         01810 005Y 00M 00D
    ATTORNEY FEES  : $000150       HABITUAL OFFENDER : N
    COURT COSTS    : $0000187      FINES : $0000000    RESTITUTION : $0005062
MONTGOMERY  10/12/06  N05001093 CRIM POSS FORGED INSTR II   01780 005Y 00M 00D
                                CTS 1 & 2
    ATTORNEY FEES  : $000150       HABITUAL OFFENDER : N
    COURT COSTS    : $0000263      FINES : $0000000    RESTITUTION : $0000000
MONTGOMERY  10/12/06  N05001093 THEFT OF PROPERTY I         01780 005Y 00M 00D
                                CT 3

 TOTAL TERM       MIN REL DT       GOOD TIME BAL      GOOD TIME REV      LONG DATE
 005Y 00M 00D     05/25/2008       000Y 02M 03D       000Y 00M 00D       04/15/2011

INMATE LITERAL:
```

************************************************************

```
DETAINER WARRANTS SUMMARY

>DET WRT 11/22/2006 TYPE FEDERAL WARRANT      UNITED STATES MARSHAL SERVICE
   LITERAL: 24MOS                             SEQ #: 01     CASE #: 0X05204MHT
   OFFENSE: 000  - UNKNOWN
```

************************************************************

```
ESCAPEE-PAROLE SUMMARY

   INMATE CURRENTLY HAS NO PAROLE RECORDS

   INMATE CURRENTLY HAS NO PROBATION 754 RECORDS
```

*Exhibit A*

CONTINUED ON NEXT PAGE

```
CBR716-3                    ALABAMA DEPARTMENT OF CORRECTIONS              INST:    006
                            INMATE SUMMARY AS OF 11/22/2006                CODE:    CDWRQ

************************************************************************

AIS: 00248984    INMATE: KIRKLAND, TOBIE MELISSA           RACE: B  SEX: F

INST: 006 - TUTWILER PRISON                    DORM: 00   JAIL CR: 000Y 05M 28D

DOB: 08/31/1975  SSN: 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

ALIAS: HORTON, TRACY R                    ALIAS: RUSH, TOBIE M

ALIAS: RUSH, TOBIE MELISSA                ALIAS: TOBIE, MELISSA

ADM DT: 08/28/2006 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR    STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: QUR-3   CURRENT CUST DT: 10/30/2006   PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS II        CURRENT CLASS DATE:    10/12/2006
INMATE IS EARNING : EARNS 40 DAYS FOR EACH 30 SERVED

COUNTY      SENT DT   CASE NO    CRIME                         JL-CR      TERM
MONTGOMERY  08/28/06  V05000931  THEFT OF PROPERTY I           0181D 005Y 00M 00D CS
            ATTORNEY FEES : $000150       HABITUAL OFFENDER : N
            COURT COSTS   : $0000187      FINES : $0000000    RESTITUTION : $0005082
MONTGOMERY  10/12/06  V05001093  CRIM POSS FORGED INSTR II     0178D 005Y 00M 00D CC
                                 CTS 1 & 2
            ATTORNEY FEES : $000150       HABITUAL OFFENDER : N
            COURT COSTS   : $0000263      FINES : $0000000    RESTITUTION : $0000050
MONTGOMERY  10/12/06  V05001093  THEFT OF PROPERTY I           0178D 005Y 00M 00D CC
                                 CT 3
            ATTORNEY FEES : $000150       HABITUAL OFFENDER : N
            COURT COSTS   : $0000263      FINES : $0000000    RESTITUTION : $0000050

 TOTAL TERM      MIN REL DT    GOOD TIME BAL     GOOD TIME REV      LONG DATE
 005Y 00M 00D    03/25/2008    000Y 01M 23D      000Y 00M 00D       04/13/2011

INMATE LITERAL:
************************************************************************

DETAINER WARRANTS SUMMARY

>DET WRT 11/22/2006 TYPE FEDERAL WARRANT        UNITED STATES MARSHAL SERVICE
    LITERAL: 24MOS                              SEQ #: 01      CASE #: CR03264MHT
    OFFENSE: 000 - UNKNOWN
************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS
```

Exhibit A

CONTINUED ON NEXT PAGE

```
                        ALABAMA DEPARTMENT OF CORRECTIONS            INST:    006
CBR716-3                INMATE SUMMARY AS OF 11/14/2006              CODE:  CRSUM

****************************************************************************

AIS: 00248984    INMATE: KIRKLAND, TOBIE MELISSA        RACE: B  SEX: F

INST: 006 - TUTWILER PRISON              DORM:  00  JAIL CR: 000Y 05M 28D

DOB: [REDACTED]       SSN: [REDACTED]

ALIAS: HORTON, TRACY R                   ALIAS: RUSH, TOBIE M

ALIAS: RUSH, TOBIE MELISSA               ALIAS: TOBIE, MELISSA

ADM DT: 08/28/2006  DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR     STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: QUR-3    CURRENT CUST DT: 10/30/2006  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS II      CURRENT CLASS DATE:   10/12/2006
INMATE IS EARNING : EARNS 40 DAYS FOR EACH 30 SERVED

COUNTY      SENT DT   CASE NO   CRIME                    JL-CR     TERM
MONTGOMERY  08/28/06  N05000931 THEFT OF PROPERTY I      018D 005Y 00M 00D CS
            ATTORNEY FEES : $000150    HABITUAL OFFENDER : N
            COURT COSTS   : $0000187   FINES : $0000000   RESTITUTION : $0005082
MONTGOMERY  10/12/06  N05001093 CRIM POSS FORGED INSTR II 017D 005Y 00M 00D CC
                                CTS 1 & 2
            ATTORNEY FEES : $000150    HABITUAL OFFENDER : N
            COURT COSTS   : $0000263   FINES : $0000000   RESTITUTION : $0000050
MONTGOMERY  10/12/06  N05001093 THEFT OF PROPERTY I      017D 005Y 00M 00D CC
                                CT 3
            ATTORNEY FEES : $000150    HABITUAL OFFENDER : N
            COURT COSTS   : $0000263   FINES : $0000000   RESTITUTION : $0000050

 TOTAL TERM      MIN REL DT    GOOD TIME BAL    GOOD TIME REV     LONG DATE
 005Y 00M 00D    03/25/2008    000Y 01M 13D     000Y 00M 00D      04/13/2011

INMATE LITERAL:
****************************************************************************

DETAINER WARRANTS SUMMARY
    INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
****************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS
```

*Exhibit A*

CONTINUED ON NEXT PAGE

```
CBR716-3                ALABAMA DEPARTMENT OF CORRECTIONS           INST:   251
                        INMATE SUMMARY AS OF 10/06/2006             CODE:  CIADM

************************************************************************
                              Rush
AIS: 00248984    INMATE: KIRKLAND, TOBIE MELISSA         RACE: B   SEX: F

INST: 251 - MONTGOMERY                      DORM:  00   JAIL CR: 000Y 06M 010

DOB: [REDACTED]                 #: [REDACTED]

ALIAS: RUSH, TOBIE M

ADM DT: 08/28/2006 DEAD TIME: 000Y 00M 000

ADM TYP: NEW COMIT FROM CRT W/REV OF PR    STAT: NEW COMIT FROM CRT W/REV OF PR

CURRENT CUST: OTW-3   CURRENT CUST DT: 08/28/2006  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: NO CLASSIFICATION RECORD FOUND

SERVING UNDER ACT446 LAW IN CLASS II        CURRENT CLASS DATE:   08/28/2006
INMATE IS EARNING : EARNS 40 DAYS FOR EACH 30 SERVED

COUNTY        SENT DT    CASE NO    CRIME                    JL-CR      TERM
MONTGOMERY    08/28/06   N05000931  THEFT OF PROPERTY I      01810 005Y 00M 00D CS
    ATTORNEY FEES : $000150       HABITUAL OFFENDER : N
    COURT COSTS   : $0000187      FINES : $0000000    RESTITUTION : $0005082

  TOTAL TERM       MIN REL DT      GOOD TIME BAL     GOOD TIME REV     LONG DATE
  005Y 00M 00D     01/20/2008      000Y 01M 21D      000Y 00M 00D      02/26/2011

INMATE LITERAL:
************************************************************************

DETAINER WARRANTS SUMMARY
     INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS
************************************************************************

ESCAPEE-PAROLE SUMMARY

     INMATE CURRENTLY HAS NO PAROLE RECORDS

     INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

     INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B
************************************************************************

DISCIPLINARY/CITATION SUMMARY

     INMATE CURRENTLY HAS NO DISCIPLINARY/CITATION RECORDS
```

Exhibit A

```
CBR716-3                    ALABAMA DEPARTMENT OF CORRECTIONS              INST:
                            INMATE SUMMARY AS OF 04/13/2007                CODE: CM

****************************************************************************

AIS: 00248984    INMATE: KIRKLAND, TOBIE MELISSA              RACE: B  SEX: F

INST: 356 - JB EVANS COR FAC NEWELLTON, LA   DORM: 00   JAIL CR: 000Y 05M 28D

DOB: 08/31/1975  SSN: 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

ALIAS: HORTON, TRACY R                  ALIAS: RUSH, TOBIE M

ALIAS: RUSH, TOBIE MELISSA              ALIAS: TOBIE, MELISSA

ADM DT: 08/28/2006  DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR    STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: MED-2   CURRENT CUST DT: 12/11/2006  PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS I          CURRENT CLASS DATE:   04/12/2007
INMATE IS EARNING : EARNS 75 DAYS FOR EACH 30 SERVED

COUNTY       SENT DT   CASE NO     CRIME                          JL-CR     TERM
MONTGOMERY   08/28/06  N05000931   THEFT OF PROPERTY I            0181D 005Y 00M 00D CS
    ATTORNEY FEES : $000150         HABITUAL OFFENDER : N
    COURT COSTS   : $000187         FINES : $0000000   RESTITUTION : $0005082
MONTGOMERY   10/12/06  N06001093   CRIM POSS FORGED INSTR II      0178D 005Y 00M 00D CC
                                      CTS 1 & 2
    ATTORNEY FEES : $000150         HABITUAL OFFENDER : N
    COURT COSTS   : $000263         FINES : $0000000   RESTITUTION : $0000050
MONTGOMERY   10/12/06  N06001093   THEFT OF PROPERTY I            0178D 005Y 00M 00D CC
                                      CT 3

 TOTAL TERM       MIN REL DT      GOOD TIME BAL      GOOD TIME REV     LONG DATE
 005Y 00M 00D     03/25/2008      000Y 08M 03D       000Y 00M 00D      04/13/2011

INMATE LITERAL:
****************************************************************************

DETAINER WARRANTS SUMMARY

>DET WRT 11/22/2006 TYPE FEDERAL WARRANT        UNITED STATES MARSHAL SERVICE
    LITERAL: 24MOS                              SEQ #: 01      CASE #: CR03264MHT
    OFFENSE: 000 - UNKNOWN
****************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS
```

*Exhibit B*

CONTINUED ON NEXT PAGE

```
                         ALABAMA DEPARTMENT OF CORRECTIONS              INST:    356
CBR716-3                 INMATE SUMMARY AS OF 04/02/2007                CODE:  CRSUM

************************************************************************

AIS: 00248984    INMATE: KIRCLAND, TOBIE MELISSA           RACE: B   SEX: F

(INST: 356 - JB EVANS COR FAC NEWELLTON, LA   DORM: 00   JAIL CR: 000Y 05M 28D

DOB: 08/31/1975  SSN: 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

ALIAS: HORTON, TRACY R                    ALIAS: RUSH, TOBIE M
ALIAS: RUSH, TOBIE MELISSA                ALIAS: TOBIE, MELISSA

ADM DT: 08/28/2006 DEAD TIME: 000Y 00M 00D

ADM TYP: NEW COMIT FROM CRT W/REV OF PR   STAT: NEW COMIT FROM CRT W/O REV OF

CURRENT CUST: MED-3   CURRENT CUST DT: 12/11/2006   PAROLE REVIEW DATE: - NONE -

SECURITY LEVEL: (4) FOUR

SERVING UNDER ACT446 LAW IN CLASS II      CURRENT CLASS DATE:   10/12/2006
INMATE IS EARNING : EARNS 40 DAYS FOR EACH 30 SERVED

COUNTY         SENT DT  CASE NO   CRIME                     JL-CR      TERM
MONTGOMERY   08/28/06  N05000931 THEFT OF PROPERTY I         0181D 005Y 00M 00D CS
    ATTORNEY FEES : $000150      HABITUAL OFFENDER : N
    COURT COSTS   : $0000187     FINES : $0000000   RESTITUTION : $0005082
MONTGOMERY   10/12/06  N06001093 CRIM POSS FORGED INSTR II   0178D 005Y 00M 00D CC
                                 CTS 1 & 2
    ATTORNEY FEES : $000150      HABITUAL OFFENDER : N
    COURT COSTS   : $0000263     FINES : $0000000   RESTITUTION : $0000050
MONTGOMERY   10/12/06  N06001093 THEFT OF PROPERTY I         0178D 005Y 00M 00D CC
                                 CT 3

 TOTAL TERM       MIN REL DT     GOOD TIME BAL     GOOD TIME REV    LONG DATE
 005Y 03M 00D     03/25/2008     000Y 07M 17D      000Y 00M 00D     04/13/2011

INMATE LITERAL:
************************************************************************

DETAINER WARRANTS SUMMARY

>DET WRT 11/22/2006 TYPE FEDERAL WARRANT        UNITED STATES MARSHAL SERVICE
    LITERAL: 24MOS                              SEQ #: 01     CASE #: CR03264MHT
    OFFENSE: 000 - UNKNOWN
************************************************************************

ESCAPEE-PAROLE SUMMARY

    INMATE CURRENTLY HAS NO PAROLE RECORDS

    INMATE CURRENTLY HAS NO PROBATION 754 RECORDS
```

*Exhibit B*

CONTINUED ON NEXT PAGE

```
 TALA1            *         PUBLIC INFORMATION          *    04-10-2008
 PAGE 001         *             INMATE DATA             *    11:50:48
                             AS OF 04-10-2008

 REGNO..: 11338-002 NAME: KIRKLAND, TOBIE MELISSA

                     RESP OF: TAL
                     PHONE..: 850-878-2173    FAX: 850-671-6105
                                              RACE/SEX...: BLACK / FEMALE
                                              AGE: 33
 PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
 PROJ REL DT: 02-14-2009                      PAR HEAR DT:
 ------------------------------- ADMIT/RELEASE HISTORY ------------------------------
 FCL    ASSIGNMENT  DESCRIPTION                  START DATE/TIME  STOP  DATE/TIME
 TAL    A-DES       DESIGNATED, AT ASSIGNED FACIL 06-26-2007 1807  CURRENT
 A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-26-2007 1807  06-26-2007 1807
 A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 06-26-2007 1030 06-26-2007 1807
 OKL    HLD REMOVE  HOLDOVER REMOVED             06-26-2007 0930  06-26-2007 0930
 OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED  06-25-2007 1830  06-26-2007 0930
 9-L    RELEASE     RELEASED FROM IN-TRANSIT FACL 06-25-2007 1930  06-25-2007 1930
 9-L    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-30-2007 1036 06-25-2007 1930
 DSC    ADMIN REL   ADMINISTRATIVE RELEASE       05-30-2007 0936  05-30-2007 0936
 DSC    A-ADMIN     ADMINISTRATIVE ADMISSION     05-30-2007 0927  05-30-2007 0936
 CMY    SUPV REL    SUPERVISED RELEASE CCC REMOVED 12-25-2005 1800 05-30-2007 0927
 CMY    A-COM CON   COMMUNITY CONFINEMENT CASE   12-23-2005 1800  12-25-2005 1800
 CMY    WK/OVRNT    WEEKENDER/OVERNIGHTER REMOVED 12-18-2005 1800  12-23-2005 1800
 CMY    A-COM CON   COMMUNITY CONFINEMENT CASE   12-16-2005 1800  12-18-2005 1800
 CMY    WK/OVRNT    WEEKENDER/OVERNIGHTER REMOVED 12-11-2005 1800  12-16-2005 1800
 CMY    A-COM CON   COMMUNITY CONFINEMENT CASE   12-09-2005 1800  12-11-2005 1800
 CMY    WK/OVRNT    WEEKENDER/OVERNIGHTER REMOVED 12-04-2005 1800  12-09-2005 1800
 CMY    A-COM CON   COMMUNITY CONFINEMENT CASE   12-02-2005 1800  12-04-2005 1800
 1-Q    RELEASE     RELEASED FROM IN-TRANSIT FACL 12-02-2005 1900  12-02-2005 1900
 1-Q    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-28-2005 1500 12-02-2005 1900
 CMY    ADMIN REL   ADMINISTRATIVE RELEASE       11-28-2005 1400  11-28-2005 1400
 CMY    A-ADMIN     ADMINISTRATIVE ADMISSION     11-28-2005 0912  11-28-2005 1400




 G0002         MORE PAGES TO FOLLOW . . .
```

Exhibit C

```
TALA1                *         PUBLIC INFORMATION         *    04-10-2008
PAGE 002             *             INMATE DATA            *    11:50:48
                               AS OF 04-10-2008

REGNO..: 11338-002  NAME: KIRKLAND, TOBIE MELISSA

              RESP OF: TAL / DESIGNATED, AT ASSIGNED FACIL
              PHONE..: 850-878-2173    FAX: 850-671-6105
PRE-RELEASE PREPARATION DATE: 12-14-2008

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-14-2009 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION............: ALABAMA, MIDDLE DISTRICT
DOCKET NUMBER....................: 2:03-CR-0264-MHT
JUDGE............................: THOMPSON
DATE SENTENCED/PROBATION IMPOSED: 04-20-2004
DATE PROBATION REVOKED...........: 07-26-2006
TYPE OF PROBATION REVOKED........: REG
DATE COMMITTED...................: 06-26-2007
HOW COMMITTED....................: PROBATION VIOL (US OR DC CD)
PROBATION IMPOSED................: NO

              FELONY ASSESS   MISDMNR ASSESS    FINES           COSTS
NON-COMMITTED.: $100.00        $00.00          $00.00          $00.00

RESTITUTION...: PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $51,786.39

-----------------------CURRENT OBLIGATION NO: 010 ------------------------
OFFENSE CODE....:  156
OFF/CHG: 18:2113(B): BANK THEFT
         PROBATION VIOLATOR

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     24 MONTHS
 TERM OF SUPERVISION.............:      3 YEARS
 DATE OF OFFENSE.................: 05-11-1999




G0002         MORE PAGES TO FOLLOW . . .
```

Exhibit C

```
TALA1              *        PUBLIC INFORMATION        *      04-10-2008
PAGE 003 OF 003    *           INMATE DATA            *      11:50:48
                              AS OF 04-10-2008

REGNO..: 11338-002 NAME: KIRKLAND, TOBIE MELISSA

                 RESP OF: TAL / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 850-878-2173    FAX: 850-671-6105
------------------------CURRENT COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 08-28-2007 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 08-28-2007 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010

DATE COMPUTATION BEGAN..........: 05-21-2007
TOTAL TERM IN EFFECT............:    24 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     2 YEARS
EARLIEST DATE OF OFFENSE........: 05-11-1999

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     12-04-2003    12-04-2003

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 94
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 02-14-2009
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 05-19-2009


PROJECTED SATISFACTION DATE.....: 02-14-2009
PROJECTED SATISFACTION METHOD...: GCT REL




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit C