# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **TOBIE MELISSA KIRKLAND,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 2:07cv759-MHT** |
| ) | **[WO]** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that the recommendation of the United States Magistrate Judge (Doc. 19) is adopted and petitioner's motion to vacate pursuant to 28 U.S.C. § 2255 be denied.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th Day of April, 2009.


        /s /   Myron H. Thompson        
**UNITED STATES DISTRICT JUDGE**